# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY,

    Plaintiff,

v.

BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS SECURITIES CORP.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK, N.A.; FTN FINANCIAL SECURITIES CORP.; GOLDMAN SACHS & CO. LLC; JEFFERIES GROUP LLC; JPMORGAN CHASE BANK, N.A.; J. P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; R.W. BAIRD & CO., STIFEL, MIZUHO SECURITIES, USA LLC, UBS SECURITIES LLC; and UNNAMED COCONSPIRATORS,

    Defendants.

CASE NO.: 3:19-cv-00638-SDD-RLB

**NOTICE OF DISMISSAL**

Plaintiff State of Louisiana, through its undersigned counsel, hereby provides notice of the dismissal with prejudice of Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., First Tennessee Bank, N.A., and FTN Financial Securities Corp. from this action in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**JOHNSON & JOHNSON, P.L.L.C.**

By: *s/Curtis D. Johnson*
Curtis D. Johnson, Jr. (TN Bar No. 015518)
Suite 1002, 1407 Union Avenue
Memphis, TN, 38104
Tel.: (901) 725-7520
Fax: (901) 725-7570
cjohnson@johnsonandjohnsonattys.com

**BROUSSARD BALONEY LAW FIRM**

By: *s/Geri Broussard Baloney*
Geri Broussard Baloney (Bar No. 24012)
3852 Napoleon Avenue
New Orleans, LA 70125
Tel.: (504) 294-4817
gbroussard@bblf.com

**HAMMOND SILLS ADKINS & GUICE**

By: *s/Alejandro R. Perkins*
Alejandro R. Perkins (La. Bar No. 30288)
2431 South Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Tel: (225) 923-3462
Fax: (225) 923-0315
aperkins@hamsil.com

**THE CONNOR GROUP, LLC**

By: *s/Karl Connor*
Karl Connor (La. Bar No. 23454)
2218 Napoleon Avenue
New Orleans, LA 70115
Tel: (504) 521-6938
kconnor@achangeagency.net