# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS SECURITIES CORP.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; FIRST TENNESSEE BANK, N.A.; FTN FINANCIAL SECURITIES CORP.; GOLDMAN SACHS & CO. LLC; JEFFERIES GROUP LLC; JPMORGAN CHASE BANK, N.A.; J. P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; R.W. BAIRD & CO., STIFEL NICOLAUS & CO., INC.; MIZUHO SECURITIES, USA LLC; UBS SECURITIES LLC; NOMURA SECURITIES INTERNATIONAL, INC.; HSBC SECURITIES USA, INC.; CANTOR FITZGERALD & CO.; HILLTOP HOLDINGS, INC.; Dba HILLTOP SECURITIES; SG AMERICAS SECURITIES, LLC; TD SECURITIES, LLC; and UNNAMED COCONSPIRATORS,

    Defendants.

CASE NO.: 3:19-cv-00638-SDD-RLB

## NOTICE OF DISMISSAL

Plaintiff, the State of Louisiana, through its undersigned counsel, hereby provides notice of the dismissal with prejudice of Defendant Goldman Sachs & Co. LLC from this action in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**JOHNSON & JOHNSON, P.L.L.C.**

By: *s/Curtis D. Johnson*
Curtis D. Johnson, Jr. (TN Bar No. 015518)
Suite 1002, 1407 Union Avenue
Memphis, TN, 38104
Tel.: (901) 725-7520
Fax: (901) 725-7570
cjohnson@johnsonandjohnsonattys.com

**BROUSSARD BALONEY LAW FIRM**

By: *s/Geri Broussard Baloney*
Geri Broussard Baloney (Bar No. 24012)
3852 Napoleon Avenue
New Orleans, LA 70125
Tel.: (504) 294-4817
gbroussard@bblf.com

**HAMMONDS SILLS ADKINS & GUICE**

By: *s/Alejandro R. Perkins*
Alejandro R. Perkins (La. Bar No. 30288)
2431 South Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Tel: (225) 923-3462
Fax: (225) 923-0315
aperkins@hamsil.com

**THE CONNOR GROUP, LLC**

By: *s/Karl Connor*
Karl Connor (La. Bar No. 23454)
2218 Napoleon Avenue
New Orleans, LA 70115
Tel: (504) 521-6938
kconnor@achangeagency.net

*Attorneys for Plaintiff the State of Louisiana*