**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF LOUISIANA**

STATE OF LOUISIANA,

By and through its Attorney General,
JEFF LANDRY,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.; BARCLAYS BANK
PLC; BARCLAYS CAPITAL INC.; BNP
PARIBAS SECURITIES CORP.; CITIGROUP
GLOBAL MARKETS INC.; CREDIT SUISSE AG;
CREDIT SUISSE SECURITIES (USA) LLC;
DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; FIRST TENNESSEE BANK,
N.A.; FTN FINANCIAL SECURITIES CORP.;
GOLDMAN SACHS & CO. LLC; JEFFERIES
GROUP LLC; JPMORGAN CHASE BANK, N.A.;
J. P. MORGAN SECURITIES LLC; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
R.W. BAIRD & CO., STIFEL NICOLAUS & CO.,
INC.; MIZUHO SECURITIES, USA LLC; UBS
SECURITIES LLC; NOMURA SECURITIES
INTERNATIONAL, INC.; HSBC SECURITIES
USA, INC.; CANTOR FITZGERALD & CO.;
HILLTOP HOLDINGS, INC.; Dba HILLTOP
SECURITIES; SG AMERICAS SECURITIES,
LLC; TD SECURITIES, LLC; and UNNAMED
COCONSPIRATORS,

    Defendants.

CASE NO.: 3:19-cv-00638-SDD-RLB

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO GOLDMAN SACHS & CO. LLC**

    This Stipulation is entered into between, on the one hand, Plaintiff the State of Louisiana ("Louisiana") and, on the other hand, Defendant Goldman Sachs & Co. LLC ("Goldman Sachs"). Consistent with the terms outlined below, Louisiana has agreed and stipulates, by and through its

2

undersigned counsel, to dismiss with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure all of Plaintiff's claims and this action against Goldman Sachs, with each side to bear its own attorneys' fees and costs.

## RECITALS

WHEREAS, beginning in or around February 2019, multiple putative class actions were filed in the United States District Court for the Southern District of New York against Goldman Sachs and others alleging conspiratorial conduct with respect to secondary trading of bonds issued by government sponsored entities;

WHEREAS, by Orders dated April 3, 2019; April 12, 2019; May 1, 2019; and May 2, 2019, the United States District Court for the Southern District of New York consolidated the actions and appointed the law firms of Scott+Scott Attorneys at Law LLP and Lowey Dannenberg, P.C. to serve as interim co-lead class counsel ("Interim Co-Lead Class Counsel");

WHEREAS, on September 23, 2019, Louisiana filed this Action in the United States District Court for the Middle District of Louisiana against Goldman Sachs and others;

WHEREAS, on November 14, 2019, Interim Co-Lead Class Counsel, on behalf of a proposed settlement class, entered into a Stipulation and Agreement of Settlement with Goldman Sachs (the "Goldman Sachs Proposed Class Settlement Agreement"), which included monetary and cooperation terms;

WHEREAS, the Goldman Sachs Proposed Class Settlement Agreement defines the proposed settlement class as all persons and entities who or which entered into a GSE Bond Transaction (i.e., any purchase, sale or other transaction in the secondary market with respect to any GSE Bond) with one or more Defendants or a direct or indirect parent, subsidiary, affiliate, or division of a Defendant during the period from January 1, 2009 through and including January 1, 2019 (the "Settlement Class");

WHEREAS, on November 14, 2019, Interim Co-Lead Class Counsel on behalf of the Settlement Class filed a motion for preliminary approval of the proposed settlement with Goldman Sachs;

WHEREAS, on December 12, 2019, the United States District Court for the Southern District of New York entered an order preliminarily approving the proposed settlement with Goldman Sachs; and

WHEREAS, Louisiana is a member of the Settlement Class for the Goldman Sachs Proposed Class Settlement Agreement;

**NOW THEREFORE**, it is hereby **STIPULATED AND AGREED**, by and among Louisiana and Goldman Sachs, by and through their respective attorneys, that in consideration of the benefits flowing to Louisiana from the Goldman Sachs Proposed Class Settlement Agreement and the terms below, this Action shall be dismissed with prejudice against Goldman Sachs on and subject to the terms and conditions below:

1. Louisiana agrees to dismiss this Action with prejudice against Goldman Sachs as provided in Appendix A of this Stipulation. For the avoidance of doubt, such dismissal shall not operate to bar or disqualify Louisiana from submitting a claim in the Goldman Sachs settlements or receiving a payment pursuant to those settlements;

2. Louisiana agrees not to opt out of any settlement class approved by the United States District Court for the Southern District of New York with respect to the Goldman Sachs Proposed Class Settlement Agreement;

3. Louisiana agrees not to oppose or object to the Goldman Sachs Proposed Class Settlement Agreement;

4. Goldman Sachs agrees to provide cooperation to Louisiana in its prosecution of this Action identical to the cooperation provided to Interim Co-Lead Class Counsel pursuant to Paragraphs 15 and 16 in the Goldman Sachs Proposed Class Settlement Agreement as relevant to this Action;

5. Louisiana agrees to be bound in full by the releases, discharges and covenants not to sue provided in the Goldman Sachs Proposed Class Settlement Agreement;

6. Goldman Sachs agrees to be bound by the releases, discharges and covenants not to sue provided in the Goldman Sachs Proposed Class Settlement Agreement.

Dated:  January 15, 2020

| | |
|---|---|
| **JOHNSON & JOHNSON, P.L.L.C.** | **SULLIVAN & CROMWELL LLP** |
| By:  /s/ *Curtis D. Johnson*<br>Curtis D. Johnson, Jr. (TN Bar No. 015518)<br>Suite 1002, 1407 Union Avenue<br>Memphis, TN 38104<br>Tel.:  (901) 725-7520<br>Fax: (901) 725-7570<br>cjohnson@johnsonandjohnsonattys.com | By:  /s/ *Richard C. Pepperman II*<br>Richard C. Pepperman II<br>Matthew J. Porpora<br>Jonathan S. Carter<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-3493<br>Fax: (212) 291-9113 |
| **BROUSSARD BALONEY LAW FIRM** | *Attorneys for Defendant Goldman Sachs & Co. LLC* |
| By:  /s/ *Geri Broussard Baloney*<br>Geri Broussard Baloney (Bar No. 24012)<br>3852 Napoleon Avenue<br>New Orleans, LA 70125<br>Tel.: (504) 294-4817<br>gbroussard@bblf.com | |

**HAMMONDS SILLS ADKINS & GUICE**

By:  /s/ *Alejandro R. Perkins*
Alejandro R. Perkins (La. Bar No. 30288)
2431 South Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Tel: (225) 923-3462
Fax: (225) 923-0315
aperkins@hamsil.com

**THE CONNOR GROUP, LLC**

By:  /s/ *Karl Connor*
Karl Connor (La. Bar No. 23454)
2218 Napoleon Avenue
New Orleans, LA 70115
Tel: (504) 521-6938
kconnor@achangeagency.net

*Attorneys for Plaintiff the State of Louisiana*