UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY,

          *Plaintiff*,

v.

BANK OF AMERICA, N.A., et al.,

          *Defendants*.

Case No. 3:19-cv-00638

JUDGE SHELLY D. DICK

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS, JR.

**CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND
AS TO MORGAN STANLEY & CO. LLC, NOMURA SECURITIES
INTERNATIONAL, INC., HSBC SECURITIES USA, INC.,
AND SG AMERICAS SECURITIES, LLC**

Defendants Morgan Stanley & Co. LLC, Nomura Securities International, Inc., HSBC Securities USA, Inc., and SG Americas Securities, LLC (collectively, "Movants"), with full reservation of all defenses, denials, and motions, and with the express written consent of Plaintiff the State of Louisiana ("Louisiana"), respectfully move this Honorable Court for an order granting Movants an extension of time through and including February 26, 2020 to respond to Louisiana's First Amended Complaint for Damages (the "Amended Complaint," ECF No. 41).

Per the Court's Order entered on December 28, 2019 (ECF No. 62), Movants' responses to the First Amended Complaint are presently due as follows: Morgan Stanley & Co. LLC – January 27, 2020; Nomura Securities International, Inc. – January 21, 2020; HSBC Securities USA, Inc. – January 23, 2020; and SG Americas Securities, LLC – January 23, 2020. Movants request a further extension of time to respond (through and

1

including February 26, 2020, or 30 days after Movants' latest response date of January 27, 2020).

Movants request additional time to respond to the Amended Complaint so that they can engage in discussions that could dispose of Louisiana's claims against them without the need for Movants to incur the expense of responding to the Amended Complaint. Hence, in the interest of efficiency, there is good cause under Local Rule 7(a) for the Court to grant Movants' requested extension through February 26, 2020.

WHEREFORE, Movants, with the consent of Louisiana, respectfully move the Court to enter the Order filed herewith granting it an additional extension, through and including February 26, 2020, to respond to the Amended Complaint.

Dated:  January 17, 2020

Respectfully submitted,

/s/ Harry J. "Skip" Philips, Jr.
Taylor, Porter, Brooks & Phillips L.L.P.
450 Laurel Street, 8th Floor,
Baton Rouge, LA 70801
(225) 387 3221
skip.philips@taylorporter.com
***Attorney for Defendants***

2252299v.1

## LOCAL RULE 7(e) CERTIFICATE

Pursuant to Local Rule 7(e), I hereby certify that Plaintiff, the State of Louisiana, has consented to the extension of time requested in this Motion.

*/s/ Skip Philips*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2020, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

*/s/ Skip Philips*

2252299v.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY,

                    *Plaintiff*,

 v.

BANK OF AMERICA, N.A., et al.,

                    *Defendants*.

Case No. 3:19-cv-00638

JUDGE SHELLY D. DICK

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS, JR.

## ORDER

Considering the Consent Motion for Further Extension of Time to Respond as to Morgan Stanley & Co. LLC ("Morgan Stanley"), Nomura Securities International, Inc. ("Nomura"), HSBC Securities USA, Inc. ("HSBC"), and SG Americas Securities, LLC ("SG"),

IT IS HEREBY ORDERED that Morgan Stanley, Nomura, HSBC, and SG are hereby granted a further extension of time, through and including February 26, 2020, to file pleadings responsive to Plaintiff the State of Louisiana's First Amended Complaint for Damages.

SIGNED this _____ day of _____, 2020 in Baton Rouge, Louisiana.

                                            _____
                                            HON. SHELLY D. DICK
                                            UNITED STATES DISTRICT JUDGE

1