UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>*Defendants*. | CASE NO. 3:19-cv-00638 |

## MOTION FOR ADMISISON OF BRITT M. MILLER

Harry J. "Skip" Philips ("Movant"), a member of good standing of the Bar of the State of Louisiana and admitted to practice before the United States District Court for the Middle District of Louisiana, hereby moves this Court for entry of an order permitting Britt M. Miller of the firm Mayer Brown LLP (71 South Wacker Drive, Chicago, IL 60606, telephone number 312-701-8663, facsimile number 312-706-8763, bmiller@mayerbrown.com) to practice as visiting counsel before the United States District Court for the Middle District of Louisiana to represent HSBC Securities (USA) Inc. ("HSBC"), pursuant to Local Rule 83(8).

Applicant is a member in good standing of the Bar of the State of Illinois and is admitted to practice in the State of Illinois. There are no pending disciplinary matters, complaints, or other ongoing investigations concerning him before any court or state bar.

Attached as Exhibit A is a copy of an original certificate verifying Applicant's good standing and admission to practice in the State of Illinois.

Movant requests the Court grant the motion and permit Applicant to appear and participate in this case in association with Movant as additional co-counsel of record on behalf of Defendant HSBC.

Respectfully submitted,

*/s/*      Harry J. "Skip" Philips

Harry J. "Skip" Philips
TAYLOR PORTER
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801
Ph:  (225) 387-3221
skip.philips@taylorporter.com

***Attorney for HSBC Securities (USA) Inc.***

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the  4TH  day of   JUNE        , 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.


                                                                /s/      Harry J. "Skip" Philips

**EXHIBIT A**

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Britt Marie Miller

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1998 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 28th day of May, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

**DECLARATION OF BRITT M. MILLER**

Britt M. Miller, under penalty of perjury, declares:

1. Pursuant to Local Rule 83(8), I seek to serve as visiting counsel for HSBC, Defendant in *State of Louisiana, by and through its Attorney General, Jeff Landry v. Bank of America, N.A., et al.*, Civil Action No. 3:19-cv-00638, currently pending before this Court.

2. I am and have been a member in good standing of the State Bar of Illinois, registration number 6256398, and am admitted to practice before all Illinois State courts. I am also admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Federal Circuit, Third Circuit, Seventh Circuit, Ninth Circuit as well as the United States Supreme Court.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I do solemnly affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

5. I further solemnly affirm that I have read the Federal Rules of Civil Procedure, the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide them in my practice before this Court.

**Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on   June 3   , 2020**

_____
Britt M. Miller

5

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA,
By and through its Attorney
General, JEFF LANDRY,

    *Plaintiff*,

v.

BANK OF AMERICA, N.A., et al.,

    *Defendants*.

CASE NO. 3:19-cv-00638

# ORDER

Considering the foregoing motion, Certification of Good Standing and the oath of Britt M. Miller, and it further appearing to the Court that Britt M. Miller meets the requirements for admission to practice *pro hac vice* before this Honorable Court pursuant to Local Rule 83.2.6;

IT IS ORDERED that Britt M. Miller be and she is hereby admitted *pro hac vice* for these proceedings and enrolled as a counsel of record for Defendant HSBC.

Baton Rouge, Louisiana, this _____ day of _____, 20____.

_____
**UNITED STATES DISTRICT JUDGE**