**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**STATE OF LOUISIANA,**
**By and through its Attorney**
**General, JEFF LANDRY**,

      **Plaintiff**,

**v.**                                           **Case No. 3:19-CV-00638-SDD-RLB**

**BANK OF AMERICA CORPORATION, individually**
**and d/b/a BANC OF AMERICA SECURITIES;**
**BARCLAYS BANK PLC; BARCLAYS CAPITAL**
**INC.; BNP PARIBAS SECURITIES CORP.;**
**CITIGROUP GLOBAL MARKETS INC.; CREDIT**
**SUISSE AG; CREDIT SUISSE SECURITIES (USA)**
**LLC; JEFFERIES GROUP LLC; JPMORGAN**
**CHASE BANK, N.A.; J. P. MORGAN SECURITIES**
**LLC; MERRILL LYNCH, PIERCE, FENNER &**
**SMITH INC; R.W. BAIRD & CO., STIFEL**
**NICOLAUS & CO., INC., MIZUHO SECURITIES,**
**USA LLC, UBS SECURITIES LLC; NOMURA**
**SECURITIES INTERNATIONAL, INC.,**
**HSBC SECURITIES USA, INC., CANTOR**
**FITZGERALD & CO., HILLTOP SECURITIES,**
**INC., SG AMERICAS SECURITIES, LLC.,**
**MORGAN STANLEY & CO., LLC, TD Securities,**
**LLC, and UNNAMED COCONSPIRATORS**

      **Defendants**.

---

**DEFENDANT UBS SECURITIES LLC'S ANSWER TO PLAINTIFF'S**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

---

Defendant UBS Securities LLC ("UBS"), by and through its undersigned counsel, hereby

answers the Second Amended Complaint (the "Complaint") of the State of Louisiana

("Plaintiff") as follows:

**<u>GENERAL DENIAL</u>**

No response herein is intended to, and shall not be interpreted to, constitute an averment by any legal entity other than UBS, a Delaware limited liability company.  Except as expressly admitted, UBS denies each and every factual allegation contained in the Complaint (including allegations in headings, subheadings, footnotes, tables, and graphs).  Furthermore, UBS denies all allegations contained in the Complaint to the extent that they assert or suggest, individually or collectively, that UBS engaged in any actionable conduct or is otherwise liable to Plaintiff.

UBS avers that, by filing this Answer, UBS does not waive, and hereby expressly preserves, all defenses.

The Complaint contains certain headings and subheadings.  To the extent headings or subheadings in the Complaint contain allegations, comments, or conclusions, UBS denies all such allegations, comments, or conclusions.  The Complaint also contains footnotes.  UBS treats footnotes as being contained in the numbered Paragraph in which they appear, and UBS's answer to a numbered Paragraph in the Complaint includes, to the extent necessary, its answer to any footnotes that appear in that numbered Paragraph.

Additionally, the Complaint contains numerous legal arguments and conclusions to which no response is required.  UBS's Answer responds only to the Complaint's factual allegations.

## SPECIFIC RESPONSES

With respect to the averments preceding Paragraph 1 of the Complaint, UBS denies the averments preceding Paragraph 1, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties.  UBS admits that Plaintiff purports to bring claims on behalf of itself and seeks to recover alleged damages, but denies that its claims have merit.

With respect to the numbered Paragraphs in the Complaint, UBS states as follows:

## I.   INTRODUCTION

1.     To the extent Paragraph 1 asserts legal conclusions, no response is required.   To the extent a response is required, UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1, which concern another party.

2.     UBS denies the allegations contained in Paragraph 2 to the extent such allegations are directed against UBS, states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with Plaintiff, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

3.     To the extent that Paragraph 3 asserts legal conclusions, no response is required. To the extent a response is required, UBS denies the allegations in Paragraph 3, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties.

4.     To the extent that Paragraph 4 asserts legal conclusions, no response is required. To the extent a response is required, UBS denies the allegations in Paragraph 4, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other parties.

5.     To the extent that Paragraph 5 asserts legal conclusions, no response is required. To the extent a response is required, UBS denies the allegations in Paragraph 5, except UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning any other Defendant.  Furthermore, Paragraph 5 purports to quote from, describe, or characterize documents, which documents are the best record of their contents.  UBS respectfully refers the Court to these documents for a complete and accurate statement of their contents.

6.    UBS denies the allegations in Paragraph 6 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

7.    UBS denies the allegations contained in Paragraph 7 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a  belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that GSE Bonds are traded over-the-counter and not on an exchange and that price quotes may be provided by phone or in electronic chats.

8.    UBS denies the allegations in Paragraph 8 to the extent such allegations are directed against UBS, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8 concerning other parties.  To the extent that Paragraph 8 purports to quote from, describe, or characterize documents, which documents are the best record of their contents, UBS respectfully refers the Court to these documents for a complete and accurate statement of their contents.

9.    UBS denies the allegations contained in Paragraph 9 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

10.    UBS denies the allegations contained in Paragraph 10 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

11.     UBS denies the allegations contained in Paragraph 11 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

12.     UBS denies the allegations contained in Paragraph 12 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

13.     UBS denies the allegations contained in Paragraph 13 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that FINRA imposed certain TRACE reporting requirements in 2010.

14.     UBS denies the allegations contained in Paragraph 14 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that its traders involved in GSE Bond syndicates participated in multi-bank chat rooms.

15.     UBS denies the allegations contained in Paragraph 15 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.  The second sentence of Paragraph 15 purports to quote from, describe, or characterize documents, which documents are the best record of their contents.  UBS respectfully refers the Court to these documents for a complete and accurate statement of their contents.

## II.     JURISDICTION AND VENUE

16.     Paragraph 16 states legal conclusions to which no response is required.

17.     Paragraph 17 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations contained in Paragraph 17 to the extent such allegations are directed against UBS, states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with Plaintiff, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 concerning other parties.

18.     Paragraph 18 states legal conclusions to which no response is required.  To the extent Paragraph 18 contains factual allegations, UBS denies the allegations contained in Paragraph 18 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that UBS is a Delaware limited liability corporation with its principal place of business in the United States.

19.     Paragraph 19 states legal conclusions to which no response is required.  To the extent Paragraph 19 contains factual allegations, UBS denies the allegations contained in Paragraph 19 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

### III.    PARTIES

20.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20, which concern another party.

21.     UBS denies the allegations contained in Paragraph 21 to the extent such allegations are directed against UBS, states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with the State

of Louisiana Treasury and component units, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

22.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22, which concern other parties.

23.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23, which concern other parties.

24.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24, which concern other parties.

25.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25, which concern another party.

26.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26, which concern other parties.

27.      UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27, which concern another party.

28.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 28, which concern other parties.

29.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29, which concern other parties.

30.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30, which concern other parties.

31.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31, which concern other parties.

32.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32, which concern other parties.

33.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33, which concern other parties.

34.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34, which concern other parties.

35.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35, which concern other parties.

36.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36, which concern other parties.

37.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37, which concern other parties.

38.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38, which concern other parties.

39.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39, which concern other parties.

40.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40, which concern other parties.

41.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41, which concern other parties.

42.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42, which concern other parties.

43.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43, which concern other parties.

44.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44, which concern other parties.

45.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45, which concern another party.

46.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46, which concern other parties.

47.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47, which concern another party.

48.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48, which concern another party.

49.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49, which concern other parties.

50.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 50, which concern other parties.

51.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 51, which concern other parties.

52.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52, which concern other parties.

53.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53, which concern other parties.

54.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54, which concern other parties.

55.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55, which concern other parties.

56.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56, which concern other parties.

57.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57, which concern other parties.

58.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58, which concern other parties.

59.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59, which concern other parties.

60.     UBS admits that UBS AG is a multinational banking and financial services corporation that is headquartered in Basel and Zurich, Switzerland.  UBS further admits that UBS AG maintains licensed branches only in California, Connecticut, Florida, Illinois, and New York, and that UBS AG is registered as a swap dealer with the CFTC. Except as expressly admitted herein, UBS denies the allegations in Paragraph 60.

61.     UBS admits the allegations in the first two sentences of Paragraph 61.  Except as expressly admitted herein, UBS denies the allegations in Paragraph 61.

62.     UBS admits that it participated in the GSE Issuance Process, and that it was an approved dealer for Fannie Mae, Freddie Mac, FHLB and FFCB. Except as expressly admitted herein, UBS denies the allegations in Paragraph 62.

63.    UBS denies the allegations in Paragraph 63.

64.    UBS denies the allegations in Paragraph 64, and states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with the State of Louisiana.


65.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 65 which concern another party.

66.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66, which concern other parties.

67.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67, which concern other parties.

68.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68, which concern other parties.

69.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69, which concern other parties.

70.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70, which concern other parties.

71.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 71, which concern another party.

72.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 72, which concern other parties.

73.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 73, which concern other parties.

74.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 74, which concern other parties.

75.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75, which concern another party.

76.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76, which concern another party.

77.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77, which concern other parties.

78.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 78, which concern other parties.

79.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79, which concern other parties.

80.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 80, which concern another party.

81.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 81, which concern another party.

82.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 82, which concern other parties.

83.     Plaintiff does not include any allegations in paragraph 83, and therefore, no response is required.

84.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 84, which concern other parties.

85.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 85, which concern other parties.

86.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86, which concern another party.

87.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 87, which concern other parties.

88.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88, which concern other parties.

89.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89, which concern another party.

90.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90, which concern another party.

91.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 91, which concern other parties.

92.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92, which concern another party.

93.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 93, which concern other parties.

94.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94, which concern other parties.

95.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 95, which concern other parties.

96.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 96, which concern another party.

97.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 97, which concern other parties.

98.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 98, which concern other parties.

99.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 99, which concern other parties.

100.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100, which concern another party.

101.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 101, which concern other parties.

102.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 102, which concern other parties.

103.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 103, which concern other parties.

104.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 104, which concern other parties.

105.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105, which concern other parties.

106.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106, which concern another party.

107.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 107, which concern other parties.

108.    UBS denies the allegations contained in Paragraph 108 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that UBS was an approved dealer for debt securities issued by Fannie Mae, Freddie Mac, FHLB, and FFCB between 2009 and 2016, and that it acquired GSE Bond inventory to deal to investors.

## IV.    ADDITIONAL CO-CONSPIRATORS

109.    UBS denies the allegations contained in Paragraph 109 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

## V.    SUBSTANTIVE ALLEGATIONS BACKGROUND

### A.    The GSEs

110.    UBS admits that GSEs are privately run enterprises sponsored by the federal government.  UBS denies that the remaining allegations contained in Paragraph 110 present a fair and complete description of the matters described therein.

111.    UBS admits that FHLB is a system of 11 regional banks.  UBS denies that the remaining allegations contained in Paragraph 111 present a fair and complete description of the matters described therein.

112.    UBS admits that FFCB is a part of the Farm Credit System and issues GSE Bonds.  UBS denies that the remaining allegations contained in Paragraph 112 present a fair and complete description of the matters described therein.

113.    UBS denies the allegations in the last sentence of Paragraph 113, and further denies that the remaining allegations contained in Paragraph 113 present a fair and complete description of the matters described therein.

114.    UBS denies the allegations in Paragraph 114, except admits that the CUSIP number is one way to identify a GSE Bond, and that the CUSIP may identify a GSE Bond's issuer, coupon, issue date, maturity, and call provisions.

**B.    Characteristics of GSE Bonds**

115.    UBS denies the allegations in Paragraph 115.

116.    UBS admits that GSE Bonds are not guaranteed by the federal government.  UBS denies that the remaining allegations contained in Paragraph 116 present a fair and complete description of the matters described therein.

117.    UBS admits that GSE Bonds are exempt from certain registration and disclosure provisions of the federal securities laws.  UBS denies that the remaining allegations contained in Paragraph 117 present a fair and complete description of the matters described therein.

118.    UBS denies the allegations contained in Paragraph 118 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

119.    UBS denies that the allegations contained in Paragraph 119 present a fair and complete description of the matters described therein.

120.    UBS denies that the allegations contained in Paragraph 120 present a fair and complete description of the matters described therein.

121.    UBS denies that the allegations contained in Paragraph 121 present a fair and complete description of the matters described therein.

122.    UBS denies that the allegations contained in Paragraph 122 present a fair and complete description of the matters described therein.

123.    UBS denies that the allegations contained in Paragraph 123 present a fair and complete description of the matters described therein.

124.    UBS admits the allegations in Paragraph 124.

**C.    The GSE Bond Market**

125.    UBS admits that it was an underwriter of GSE Bonds.  UBS denies the remaining allegations in Paragraph 125, except UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning other Defendants.

126.    UBS denies that the allegations contained in Paragraph 126 present a fair and complete description of the matters described therein, and states that there is no Figure 1 in the Complaint.

127.    UBS denies that the allegations contained in Paragraph 271 present a fair and complete description of the matters described therein.

128.    UBS denies that the allegations contained in Paragraph 128 present a fair and complete description of the matters described therein.

129.    UBS denies that the allegations contained in Paragraph 129 present a fair and complete description of the matters described therein.

130.    UBS denies the allegations in the last sentence of Paragraph 130.  UBS denies that the remaining allegations in Paragraph 130 present a fair and complete description of the matters described therein.

131.    UBS denies the allegations contained in Paragraph 131 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

132.    UBS denies that the allegations contained in Paragraph 132 present a fair and complete description of the matters described therein.  UBS further denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 132 concerning other parties.  To the extent any remaining allegations are directed against UBS, they are denied.

133.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 133 concerning other parties. To the extent any remaining allegations are directed against UBS, they are denied.

134.    UBS denies that the allegations contained in Paragraph 134 present a fair and complete description of the matters described therein.

**D.    Defendants Controlled GSE Bond Supply**

135.    UBS denies the allegations contained in Paragraph 135 to the extent such allegations are directed against UBS, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

136.    UBS denies the allegations contained in Paragraph 136 and the referenced table to the extent such allegations are directed against UBS, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

137.    UBS denies the allegations contained in Paragraph 137 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

**E.    GSE Bond Pricing**

138.    UBS denies that the allegations contained in Paragraph 138 present a fair and complete description of the matters described therein.

139.    UBS denies that the allegations contained in Paragraph 139 present a fair and complete description of the matters described therein.

140.    UBS denies the allegations contained in Paragraph 140 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

141.    UBS denies that the allegations contained in Paragraph 141 present a fair and complete description of the matters described therein. UBS further denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 concerning other parties.  To the extent any allegations in Paragraph 141 are directed against UBS, they are denied.

142.    UBS denies that the allegations contained in Paragraph 142 present a fair and complete description of the matters described therein.

143.    UBS denies that the allegations contained in Paragraph 143 present a fair and complete description of the matters described therein.

144.    UBS denies that the allegations contained in Paragraph 144 present a fair and complete description of the matters described therein.

145.    UBS denies that the allegations contained in Paragraph 145 present a fair and complete description of the matters described therein.

## VI.    DEFENDANTS CONSPIRED TO FIX GSE BOND PRICES CHARGED TO INVESTORS

### A.    Direct Evidence Shows that Defendants Agreed to Fix Prices for Newly Issued GSE Bonds After Auctions

146.    UBS denies that the allegations contained in Paragraph 146 present a fair and complete description of the matters described therein.

147.    UBS denies the allegations in Paragraph 147 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

148.    UBS denies the allegations contained in Paragraph 148 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

149.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 149, which concern other parties.

150.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 150 and Footnotes 15 and 16, which concern other parties.

151.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 151 and Footnote 17, which concern other parties.

152.    UBS denies the allegations contained in paragraph 152 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

153.    UBS denies the allegations contained in paragraph 153 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

154.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 154, which concern other parties.

155.    UBS denies the allegations in Paragraph 155.

156.    UBS denies the allegations in Paragraph 156.

### 1.    Direct Evidence Provided by the Cooperating Co-Conspirator Implicates Each of the Defendants

157.    UBS denies the allegations in Paragraph 157.

**UBS**

158.    UBS denies the allegations contained in Paragraph 158 and denies that it presents a fair and complete description of the excerpted chat cited therein.  UBS further denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 158 and Footnote 18 concerning other parties.

159.    UBS denies the allegations in Paragraph 159.

**Cantor Fitzgerald**

160.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 160 and Footnote 19, which concern other parties.

161.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 161, which concern other parties.

**Credit Suisse**

162.    UBS denies the allegations contained in Paragraph 162 and Footnote 20, and denies that Paragraph 162 presents a fair and complete description of the excerpted chat cited therein.  UBS further denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 162 and Footnote 20 concerning other parties.

163.    UBS admits that AOAS can relay GSE Bond pricing information.  UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 163, which concern other parties.

**Citi and First Tennessee**

164.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 164, which concern other parties.

**Société Générale**

165.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 165, which concern other parties.

166.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 166, which concern other parties.

167.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 167, which concern other parties.

**HSBC Securities**

168.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 168 and Footnote 22, which concern other parties.

169.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 169 and Footnote 23, which concern other parties.

170.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 170, which concern other parties.

**TD Securities**

171.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 171, which concern other parties.

172.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 172, which concern other parties.

173.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 173, which concern other parties.

**Barclays**

174.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 174, which concern other parties.

175.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 175, which concern other parties.

**JPMorgan Securities**

176.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 176, which concern other parties.

177.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 177, which concern other parties.

178.     UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 178, which concern other parties.

**Nomura Securities**

179.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 179, which concern other parties.

180.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 180, which concern other parties.

### Mizuho Securities, USA, LLC / FTN Financial Securities Corp. / Citigroup

181.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 181, which concern other parties.

### FTN Financial Securities Corp. / Morgan Keegan

182.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 182, which concern other parties.

### Stifel Nicolaus & Co./Mizuho Securities

183.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 183, which concern other parties.

### Jefferies Group, LLC/Wells Fargo Securities/FTN Financial Securities Corp./Morgan Stanley & Co.

184.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 184, which concern other parties.

**B.    The DOJ Is Conducting a Criminal Price-Fixing Investigation into the GSE Bond Market**

185.    Paragraph 185 purports to quote from, describe, or characterize documents, which documents are the best record of their contents.  To the extent a response is required, UBS denies the allegations in Paragraph 185 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and respectfully refers the Court to these documents for a complete and accurate statement of their contents.

186.     Paragraph 186 purports to quote from, describe, or characterize documents, which documents are the best record of their contents.  To the extent a response is required, UBS denies the allegations in Paragraph 186 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and respectfully refers the Court to these documents for a complete and accurate statement of their contents.

187.     Paragraph 187 purports to quote from, describe, or characterize documents, which documents are the best record of their contents.  To the extent a response is required, UBS denies the allegations in Paragraph 187 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and respectfully refers the Court to these documents for a complete and accurate statement of their contents.

**C.     Features of the GSE Bond Market Fostered Collusion Among Defendants**

188.     UBS denies the allegations in Paragraph 188.

**1.     The GSE Issuance Process Put Horizontal Competitors Together in Private Chats**

189.     UBS denies the allegations in Paragraph 189 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

190.     UBS denies that the allegations in the first two sentences of Paragraph 190 present a fair and complete description of the matters described therein.  UBS denies the allegations in the last sentence of Paragraph 190.

191.    UBS denies the allegations in Paragraph 191 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

192.    UBS denies the allegations in Paragraph 192 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

193.    UBS denies the allegations in Paragraph 193 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

194.    UBS denies the allegations in Paragraph 194.

195.    UBS denies the allegations in Paragraph 195 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

### 2.    The Revolving Door and Social Nature of the Market

196.    UBS denies the allegations in Paragraph 196 to the extent such allegations are directed against UBS, further denies that the allegations contained in Paragraph 196 present a fair and complete description of the matters described therein, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 196 concerning other parties.

197.    UBS denies the allegations in Paragraph 197.

198.    UBS denies the allegations in Paragraph 198.

199.    UBS denies the allegations contained in Paragraph 199 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

200.    UBS denies the allegations contained in Paragraph 200 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

201.    UBS denies the allegations contained in Paragraph 201 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

### 3.    The GSEs and Market Conditions Fostered Such Behavior

202.    UBS denies the allegations contained in Paragraph 202 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and denies that the allegations contained in the first sentence of Paragraph 202 present a fair and complete description of the matters described therein.

203.    UBS denies the allegations contained in Paragraph 203 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and denies that the allegations contained in the first three sentences of Paragraph 203 present a fair and complete description of the matters described therein.

204.    UBS denies the allegations in Paragraph 204 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

205.    UBS denies the allegations contained in Paragraph 205 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

**4.    Concentration and High Barriers to Entry**

206.    UBS denies the allegations in Paragraph 206 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

207.    To the extent Paragraph 207 purports to quote, characterize, or summarize a statement made by the Bank for International Settlements, the statement speaks for itself, and UBS respectfully refers the Court to the full text of the statement for an accurate and complete record of its contents and denies all allegations inconsistent therewith.  UBS denies that the remaining allegations contained in Paragraph 207 present a fair and complete description of the matters described therein.

208.    UBS denies the allegations in Paragraph 208 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

**D.    Analysis of GSE Prices and Other Economic Data Is Consistent with the Existence of Defendants' Conspiracy**

209.    UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 209 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 209.

210.    UBS denies the allegations in Paragraph 210 and Footnote 24.

211.    UBS denies the allegations contained in Paragraph 211 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

### 1.    Defendants Fixed the Prices of Newly Issued GSE Bonds

212.    UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 212 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 212.

213.    UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213, which concern a purported analysis conducted by another party.

214.    UBS denies the allegations in Paragraph 214 and Footnote 25.

215.    UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 and Footnote 26, which concern a purported analysis conducted by another party.

216.    UBS denies the allegations in Paragraph 216, except that UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 which concern a purported analysis conducted by another party, and UBS admits the allegations in Footnote 27.

217.    UBS denies the allegations in Paragraph 217, except UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning a purported analysis conducted by another party.

218.    UBS denies the allegations in Paragraph 218.

219.    UBS denies the allegations in Paragraph 219.

220.    UBS denies the allegations in Paragraph 220.

221.    UBS denies the allegations in Paragraph 221

222.    UBS denies the allegations contained in Paragraph 222, except admits the allegations contained in Footnote 28, and states that there is no Figure 3 in the Complaint.

223.    UBS denies the allegations in Paragraph 223.

224.    UBS denies that the allegations contained in Paragraph 224 present a fair and complete description of the matters described therein.

225.    UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225, which concern a purported analysis conducted by another party.

226.    UBS denies the allegations in Paragraph 226.

227.    UBS denies the allegations in Paragraph 227 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth of the allegations which concern a purported analysis conducted by another party, and states that there is no Figure 4 in the Complaint.

228.    UBS denies the allegations in Paragraph 228.

**2.    Defendants Fixed the Prices of the Previously Issued GSE Bonds Just Before They Went "Off-the-Run" to Create an Artificial Benchmark**

229.    UBS denies that the allegations contained in the first and second sentences of Paragraph 229 present a fair and complete description of the matters described therein, and denies the allegations in the third and fourth sentences in Paragraph 229.

230.    UBS denies the allegations in Paragraph 230.

231.    UBS denies the allegations in Paragraph 231.

232.    UBS denies the allegations in Paragraph 232.

233.    UBS denies the allegations contained in Paragraph 233, except that to the extent such allegations purport to characterize or summarize the publications referenced in Footnote 29,

the publications speak for themselves, and UBS respectfully refers the Court to the full text of the publications for an accurate and complete record of their contents and denies all allegations inconsistent therewith.

234.   UBS denies the allegations in Paragraph 234.

235.   UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 235 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 235.

236.   UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of Paragraph 236 and Footnote 30 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 236.

237.   UBS denies the allegations in Paragraph 237 and Footnote 31.

238.   UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 238 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 238.

239.   UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 239 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 239.

### 3.   Bid-Ask Spreads for GSE Bonds Were Artificially Widened

240.   UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 240 concerning a purported analysis conducted by another party.  UBS denies the remaining allegations in Paragraph 240.

241.   UBS denies the allegations in Paragraph 241.

242.     UBS denies the allegations in Paragraph 242.

243.     UBS denies the allegations in Paragraph 243, except UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning a purported analysis conducted by another party.

244.     UBS denies the allegations in Paragraph 244.

245.     UBS denies the allegations in Paragraph 245 and states that there is no Figure 5 in the Complaint.

246.     UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and Footnotes 32 and 33, which concern a purported analysis conducted by another party.

247.     UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247, which concern a purported analysis conducted by another party.

248.     UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248, which concern a purported analysis conducted by another party.

249.     UBS denies the allegations in Paragraph 249 and states that there is no Figure 6 in the Complaint.

250.     UBS denies the allegations in Paragraph 250.

**E.     Defendants Failed to Adequately Supervise Their Trading and Sales Business Between 2009 and 2016**

251.     UBS denies the allegations contained in Paragraph 251 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

252.    UBS denies the allegations contained in Paragraph 252 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

253.    UBS denies the allegations contained in Paragraph 253 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except UBS respectfully refers the Court to the Brookings Institution report referenced in Paragraph 253, the complete version of which speaks for itself.

254.    UBS denies the allegations contained in Paragraph 254 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, except admits that its customers include institutional investors, some of which are state or municipal funds.

255.    UBS denies the allegations contained in Paragraph 255 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

256.    UBS denies the allegations contained in Paragraph 256 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

257.    UBS denies the allegations contained in Paragraph 257 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

258.    To the extent that Paragraph 258 asserts legal conclusions, no response is required.  UBS refers to Exhibit 1 to the UBS AG Plea Agreement, which speaks for itself, for a complete and accurate account of its contents and avers that UBS AG is the party with direct knowledge of the UBS AG Plea Agreement.  UBS also refers to the public statements and nonconfidential decisions by the European Commission, which speak for themselves, for a complete and accurate account of their contents, and avers that UBS AG is the party with direct knowledge of the decisions by the European Commission.  In addition, UBS refers to the orders of the New York Department of Financial Services ("NYDFS"), which speak for themselves, for a complete and accurate account of their contents.  UBS denies the remaining allegations in Paragraph 258, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

259.    UBS denies the allegations contained in Paragraph 259 to the extent such allegations are directed against UBS, denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties, and, to the extent that Paragraph 259 purports to characterize or summarize settlement agreements between UBS AG and the Government, UBS respectfully refers the Court to these settlement agreements for a complete and accurate statement of their contents.

260.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 260 concerning other parties.  To the extent any of the allegations in Paragraph 260 are directed against UBS, they are denied.

261.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 261 concerning other parties.  To the extent any of the allegations in Paragraph 261 are directed against UBS, they are denied.

262.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 262 concerning other parties.  To the extent any of the allegations in Paragraph 262 are directed against UBS, they are denied.

263.    To the extent that Paragraph 263 asserts legal conclusions, no response is required.  UBS refers to the public statements and non-confidential decision by the European Commission, which speak for themselves, for a complete and accurate account of their contents, and avers that UBS AG is the party with direct knowledge of the decision by the European Commission.  UBS denies the remaining allegations in Paragraph 263, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

## VII.    ANTITRUST INJURY

264.    UBS denies the allegations contained in Paragraph 264 to the extent such allegations are directed against UBS, states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with the State of Louisiana, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

265.    UBS denies the allegations in Paragraph 265.

266.    UBS denies the allegations in Paragraph 266.

267.    UBS denies the allegations contained in Paragraph 267 to the extent such allegations are directed against UBS, states that it currently lacks knowledge sufficient to form a belief as to the truth of the allegation that it participated in GSE Bond transactions with the State of Louisiana, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

268.    UBS denies the allegations in Paragraph 268.

269.    UBS denies the allegations in Paragraph 269.

270.    UBS denies the allegations in Paragraph 270 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

271.    UBS denies the allegations in Paragraph 271, except denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning the State of Louisiana or any other Defendant.

272.    UBS denies the allegations in Paragraph 272.

273.    UBS denies the allegations in Paragraph 273 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

### Negligence Claims against Defendant Stifel Nicolaus, Hilltop Securities, Inc., Jeffries Group, RW. Baird and Mizuho Securities

274.    UBS denies the allegations contained in Paragraph 274 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

275.    UBS denies the allegations contained in Paragraph 275 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

276.    UBS denies the allegations contained in Paragraph 276 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

277.    UBS denies the allegations contained in Paragraph 277 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

278.    UBS denies the allegations contained in Paragraph 278 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

279.    UBS denies the allegations contained in Paragraph 279 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

280.    UBS denies the allegations contained in Paragraph 280 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

281.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 281, which concern another party.

282.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 282, which concern another party.

283.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 283, which concern another party.

284.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 284, which concern another party.

285.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 285, which concern other parties.

286.    UBS denies the allegations contained in Paragraph 286 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

287.    UBS denies the allegations contained in Paragraph 287 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

288.    UBS denies the allegations contained in Paragraph 288 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

**Broker Defendants Are Liable under the Louisiana**
**Unfair Trade Practices and Consumer Protection Act**

289.    Paragraph 289 states legal conclusions to which no response is required.

290.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 290, which concern other parties.

291.    UBS denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 291, which concern other parties.

292.    UBS denies the allegations contained in Paragraph 292 to the extent such allegations are directed against UBS and denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations insofar as they relate to other parties.

293.    UBS denies the allegations in Paragraph 293.

294.    UBS denies the allegations in Paragraph 294.

295.    Paragraph 295 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 295.

## VIII.   EQUITABLE TOLLING AND FRAUDULENT CONCEALMENT

296.    Paragraph 296 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 296.

297.    To the extent Paragraph 297 (subparagraph (h)) purports to quote, characterize, or summarize UBS AG's 2010 Annual Report and UBS's Code of Business Conduct and Ethics, the report and code speak for themselves, and UBS respectfully refers the Court to the full text of the report and code for an accurate and complete record of their contents and denies all allegations inconsistent therewith.  UBS denies the remaining allegations in Paragraph 297, except UBS denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning any other Defendant (including the allegations in subparagraphs (a)-(g) and (i)-(k)).

298.    Paragraph 298 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 298.

299.    Paragraph 299 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 299.

## IX.    CLAIM FOR RELIEF

### (For Violation of Section 1 of the Sherman Act, 15 U.S.C. §1, *et seq.*)
### (Against All Defendants)

300.    UBS hereby incorporates by reference and restates each preceding paragraph as though fully stated herein.

301.    Paragraph 301 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 301.

302.    Paragraph 302 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 302.

303.     Paragraph 303 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 303.

304.     Paragraph 304 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 304.

305.     Paragraph 305 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 305.

306.     Paragraph 306 states a legal conclusion to which no response is required.  To the extent a response is required, UBS denies the allegations in Paragraph 306.

## X.     PRAYER FOR RELIEF

UBS denies that Plaintiff is entitled to any relief whatsoever in this action, including but not limited to the relief sought in subparts A through F of the "Prayer for Relief."

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of any matter not required by law, UBS asserts the following affirmative and other defenses.  These defenses are pleaded in the alternative, and none constitutes an admission that UBS is in any way liable to Plaintiff, that Plaintiff has been or will be injured or damaged in any way, or that Plaintiff is entitled to any relief whatsoever.  As a defense to the Complaint and each and every allegation contained therein, UBS asserts the following:

## FIRST DEFENSE

Plaintiff's claims fail to state a claim upon which relief may be granted.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations, and the doctrines of laches, waiver and estoppel.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks Article III standing to assert its claims against UBS, in that Plaintiff has no injury-in-fact fairly traceable to the conduct of UBS and redressable by judicial relief against UBS.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks antitrust standing to assert its claims, in that Plaintiff has not suffered any antitrust injury, and Plaintiff is not an acceptable plaintiff to pursue any alleged antitrust violations.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any legally cognizable injury, including because Plaintiff has not suffered any injury-in-fact and Plaintiff's alleged injuries are too speculative, indirect, and remote from the conduct, and cannot be ascertained and apportioned.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because UBS is not liable for the acts, omissions, wrongs and/or negligence of any other defendant, entity, or individual.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because it has failed to join indispensable parties.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any and all of UBS's conduct has been reasonable, pro-competitive, and based on independent, legitimate business and economic justifications and is therefore lawful.

**NINTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to make appropriate efforts to mitigate its alleged injuries or damages that would have prevented all or part of any such alleged injuries or damages.

**TENTH DEFENSE**

UBS did not engage in any conduct, combination, or conspiracy in restraint of trade.

**ELEVENTH DEFENSE**

The purported relevant market alleged in the Complaint is not a relevant antitrust market, and Plaintiff cannot carry its burden of defining a relevant antitrust market.

**TWELFTH DEFENSE**

Plaintiff's claims are barred because Plaintiff has not suffered any damages.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the decision in *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977), and related cases.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because they are implicitly precluded by the securities laws pursuant to *Credit Suisse Securities (USA) LLC v. Billing*, 551 U.S. 264 (2007).

**FIFTEENTH DEFENSE**

Without admitting that Plaintiff is entitled to recover damages in this matter, UBS is entitled to set off from any recovery Plaintiff may obtain against UBS in any amount paid to Plaintiff by any other Defendants or other parties who settle claims in this matter.

**SIXTEENTH DEFENSE**

Plaintiff's causes of action are barred, in whole or in part, because the alleged conduct that is the subject of the Complaint did not lessen competition in any properly defined market or markets.

## SEVENTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because it has failed to plead that it purchased products in any properly defined market or submarket.

## EIGHTEENTH DEFENSE

Plaintiff's causes of action are barred, in whole or in part, because it does not allege the elements of a rule-of-reason claim and cannot establish any *per se* antitrust violation.

## NINETEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent any damages suffered by it were proximately caused, in whole or in part, by third parties that are neither agents nor employees of UBS and are not under the control of UBS, nor agents nor employees of any other Defendant and not under the control of any other Defendant, and Plaintiff's damages, if any, were caused by independent, intervening, or superseding events not challenged by the Complaint.

## TWENTIETH DEFENSE

Plaintiff has an adequate remedy at law and no factual or legal basis for seeking equitable relief.

## TWENTY-FIRST DEFENSE

Plaintiff's claims are barred in part by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a to the extent they are based on GSE Bond transactions conducted outside the United States.

### TWENTY-SECOND DEFENSE

Plaintiff's request for injunctive relief is improper because Plaintiff cannot establish a likelihood of success on the merits, irreparable harm, that the balance of hardships favors granting injunctive relief, or that injunctive relief would be in the public interest.

### TWENTY-THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are competitive activity specifically permitted or required by law.

### TWENTY-FOURTH DEFENSE

Plaintiff has failed to state an adequate basis for an award of treble damages, including because Plaintiff has not been injured or incurred any damages, UBS did not commit any act, such as fraudulent concealment, that could render these defenses inapplicable, and the alleged conduct was not a material or proximate cause of any injury to Plaintiff.

### TWENTY-FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because it has failed to plead that Defendants have market power in any properly defined market or submarket.

### TWENTY-SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to allege fraudulent concealment with particularity.

### TWENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the purported relevant market alleged in the Complaint is not a relevant antitrust market, and Plaintiff cannot carry its burden of defining a relevant antitrust market.

### TWENTY-EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the prices of GSE Bonds were not set at artificial levels and there was no price artificiality in any relevant market.

### TWENTY-NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff did not suffer damages, or its damages were diminished as a result of profits or offsets from other transactions.

### THIRTIETH DEFENSE

UBS hereby adopts and incorporates by reference any and all other defenses asserted or to be asserted by any other Defendant to the extent that UBS may share in such defense.

### RESERVATION OF RIGHTS

UBS specifically reserves its right to assert any additional defenses, counterclaims, crossclaims, and third-party claims not asserted herein of which it becomes aware through discovery or other investigations and will amend its answer accordingly.

## **PRAYER FOR RELIEF**

WHEREFORE, UBS respectfully requests judgment:

A.  dismissing with prejudice all claims asserted against UBS;

B.  awarding UBS its costs of defending this action, including reasonable attorney's fees,

costs, and disbursements; and

C.  granting such other and further relief as this Court may deem just and proper.

Dated:     July 27, 2020
               New Orleans, Louisiana

BARRASSO, USDIN, KUPPERMAN,
FREEMAN & SARVER, LLC

     /s/ George C. Freeman
George C. Freeman, III
Robert J. Dressel
909 Poydras Street
Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
gfreeman@barrassousdin.com
rdressel@barrassousdin.com

GIBSON, DUNN & CRUTCHER LLP

Jefferson E. Bell (*pro hac vice*)
Alison L. Wollin (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
JBell@gibsondunn.com
AWollin@gibsondunn.com

D. Jarrett Arp (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
JArp@gibsondunn.com

*Attorneys for Defendant UBS
Securities LLC*

46

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2020, I served the foregoing on all counsel of record by filing the

pleading with the court's electronic court filing (ECF) system, which automatically notifies all

counsel.  In addition, I served the following parties, which have not yet enrolled counsel, through

their registered agents for service of process via certified mail, as identified on the Secretary of

State's website:

| | |
|---|---|
| BNP Paribas Securities Corp. | Goldman Sachs & Co. LLC |
| c/o The Corporation Trust Company | c/o The Corporation Trust Company |
| Corporation Trust Center | Corporation Trust Center |
| 1209 Orange Street | 1209 Orange Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*/s/     George C. Freeman*