## DECLARATION OF STEPHEN SHAPIRO
## IN SUPPORT OF BARCLAYS BANK PLC'S MOTION TO DISMISS

I, Stephen Shapiro, declare as follows:

1. I am employed as the Company Secretary for Barclays Bank PLC ("BBPLC") and am authorized to make this declaration on behalf of BBPLC. I am over the age of twenty-one.

2. I make this declaration in support of BBPLC's Motion to Dismiss in the above-captioned matter. The facts stated herein are true and correct to the best of my knowledge, based on my personal understanding, reasonable inquiries, and records maintained by BBPLC in the ordinary course of business.

3. All statements concern facts as of April 20, 2020 and describe the operations of only BBPLC.

4. BBPLC is a financial institution organized under the laws of England and Wales.

5. BBPLC's registered office and headquarters are located at 1 Churchill Place in London, England.

6. BBPLC is registered as a financial holding company with the Federal Reserve Bank of New York pursuant to the Bank Holding Company Act of 1956, 12 U.S.C. § 1841 *et seq*.

7. BBPLC is a bank with extensive operations throughout the United Kingdom and has one branch located in the United States.

8. BBPLC has no branches in Louisiana.

9. BBPLC owns no real estate in the United States.

10. BBPLC is a separate and distinct legal entity from (a) Barclays Capital Inc.; (b) Barclays Group US Inc.; (c) Barclays US LLC; and (d) Barclays PLC. It keeps its own books

and records, has its own officers and directors, and properly observes corporate forms and formalities according to the laws under which it is organized.

11.     BBPLC did not underwrite, purchase, or sell securities issued by U.S. government-sponsored entities in or to the State of Louisiana between 2009 and 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief based on records maintained by BBPLC in the ordinary course of business.

Executed this 01 day of MAY, 2020 in London, England.

_____
Stephen Shapiro